THOMAS KANE et al., Appellants, *v.* C. GUNTHER ROSE, as Surviving Administrator of the Estate of JOHN MANTON, Deceased, et al., Respondents.

*Kane* v. *Rose*, 95 App. Div. 631, appeal dismissed.
(Argued October 3, 1904; decided October 11, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judi-

36

cial department, entered June 17, 1904, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the appeal presented no question of law for the consideration of the Court of Appeals.

*Walter H. Jaycox* for motion.

*Martin T. Manton* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.